IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for Philip Ameris, and John C. Busse, trustees ad litem, Laborers' District Council of Western Pennsylvania Welfare and Pension Funds, Keystone Building Contractor's Association Industry Advancement Fund, and the Laborers' District Council of Western Pennsylvania and its affiliated local unions,<br><br>Plaintiff,<br><br>v.<br><br>KRK CONSTRUCTION AND BUILDING SUPPLY, L.L.C. a/k/a KRK CONSTRUCTION,<br><br>Defendant. | Civil Action No. 12-1823 |

### ORDER OF COURT

AND NOW, to wit, this 14th day of March, 2013, upon consideration of Plaintiff's Motion for Entry of Default Judgment and the Affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion be, and hereby is GRANTED. Judgment is entered in favor of the Plaintiff, Laborers' Combined Funds of Western Pennsylvania, et al. and against the Defendant, KRK Construction and Building Supply, L.L.C. a/k/a KRK Construction in the amount of $7,411.44.

_____
The Honorable Gary L. Lancaster
Chief United States District Judge